**Charles CRISSMAN; Wendy Crissman; * Christine Crissman, Appellants,**

**v.**

**DOVER DOWNS ENTERTAINMENT INC.; Dover Downs, Inc.**

No. 00–5178.

United States Court of Appeals, Third Circuit.

Argued Dec. 5, 2000.

Filed June 25, 2001.

Present BECKER, Chief Judge, SLOVITER, MANSMANN, SCIRICA, NYGAARD, ALITO, McKEE, RENDELL, BARRY, FUENTES, and ROSENN,** CUDAHY,* Circuit Judges.

ORDER

BECKER, Chief Judge.

A majority of the active judges having voted for rehearing en banc in the above appeal, it is ORDERED that the Clerk of this Court vacate the opinion and judgment filed January 29, 2001 and the Published Panel Opinion Sur Petition for Rehearing filed June 5, 2001, and list the above for rehearing en banc at the convenience of the Court.